654 A.2d 468

IN THE MATTER OF JAMES N. TRACY,
JR., AN ATTORNEY AT LAW.

March 10, 1995.

## ORDER

**JAMES N. TRACY, JR.,** of **BRIELLE,** who was admitted to the bar of this State in 1968, having pleaded guilty to embezzlement, in violation of 18 *U.S.C.A.* § 641, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JAMES N. TRACY, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **JAMES N. TRACY, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES N. TRACY, JR.,** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.